111

PER CURIAM.

(No. 6797

ROOT BROTHERS MANUFACTURING AND SUPPLY COMPANY, An Illinois Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed November 3, 1972.*

KORSHAK, ROTHMAN, OPPENHEIM AND FINNEGAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6845

FIRESTONE STORES, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed November 3, 1972.*

FIRESTONE STORES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.